IN THE UNITED STATES BANKRUPTCY COURT

# District of Maine

IN RE:  Veronica L. Dyer )  Chapter:  7
 ) Bankruptcy No: 16-10196
 ) Account No: xxxx4593
 ) **REQUEST FOR NOTICE**

    Comes now the United States of America, acting through Rural Development, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Development, at the following address:

        United States Department of Agriculture
        Centralized Servicing Center
        PO Box 66879
        St. Louis, MO  63166


        UNITED STATES OF AMERICA
        United States Department of Agriculture
        Rural Development


Date:  04/14/16      */s/DARRYL LINDSEY*
    DARRYL LINDSEY
    Bankruptcy Processor
    Centralized Servicing Center - USDA
    1-800-349-5097 ext. 5524

UNITED STATES BANKRUPTCY COURT
District of Maine

USDA Rural Housing Service
Centralized Servicing Center
PO Box 66879
St. Louis, MO 63166

In Re:
Veronica L. Dyer

Case No.: 16-10196

Adv. No.:

Hearing Date:

Judge: Michael A. Fagone

## CERTIFICATION OF SERVICE

1. I, DARRYL LINDSEY :

   ✓ represent the USDA - Rural Housing Service in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 04/14/16, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   REQUEST FOR NOTICE

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 04/14/16

/s/DARRYL LINDSEY

BANKRUPTCY PROCESSOR

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Veronica L. Dyer<br><br>NOT FORWARDED TO BORROWER | Debtor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| Jeffrey P. White, Esq.<br>Jeffrey P. White and Associates, P.C.<br>243 Mount Auburn Ave.<br>Suite B-1<br>Auburn, ME 04210<br><br>EMAIL:  jwhite@whitelawoffices.com | Debtors Attorney | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| Jeffrey T. Piampiano, Esq.<br>Drummond Woodsum<br>84 Marginal Way Suite 600<br>Portland, ME 04101-2480<br><br>EMAIL:  trustee@dwmlaw.com | Chapter 13 Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| EMAIL: | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*